UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| JOYCE HUTCHINSON DUNAWAY,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | Case No. _____ |

**DEFENDANT MONSANTO COMPANY'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (and any other applicable laws), Defendant Monsanto Company ("Monsanto"), hereby gives notice of removal of this action, captioned *Joyce Hutchinson Dunaway v. Monsanto Company, a Part of Bayer AG*, bearing Case Number 22-CI-01520, from the Fayette Circuit Court, Fayette County, Kentucky to this Court. Pursuant to 28 U.S.C. § 1446(a), Monsanto provides the following statement of grounds for removal.

### Introduction

1. In this products liability lawsuit, Plaintiff Joyce Hutchinson Dunaway sues Monsanto for injuries allegedly caused by Monsanto's Roundup®-branded herbicides, which have glyphosate as their active ingredient. For decades, farmers have used glyphosate-based herbicides to increase crop yields, and home-owners, landscaping companies, and local government agencies have used these herbicides for highly effective weed control. Glyphosate is one of the most thoroughly studied herbicides in the world, and glyphosate-based herbicides have received regulatory approval in more than 160 countries. Since 1974, when Monsanto first introduced a Roundup®-branded herbicide to the marketplace, the United States Environmental Protection

Agency repeatedly has concluded that glyphosate does not cause cancer. Nevertheless, Plaintiff alleges that exposure to Monsanto's Roundup®-branded, glyphosate-based herbicides caused her cancer — specifically, non-Hodgkin's lymphoma ("NHL").

2.  This is one of many lawsuits that have been filed against Monsanto involving Roundup®-branded herbicides. A multidistrict litigation ("MDL") proceeding is pending in the United States District Court for the Northern District of California, before the Honorable Vince G. Chhabria, pursuant to 28 U.S.C. § 1407. *See In re Roundup Prods. Liab. Litig.*, No. 3:16-md-02741-VC (N.D. Cal.); *In re Roundup Prods. Liab. Litig.*, MDL No. 2741, 214 F. Supp. 3d 1346 (J.P.M.L. 2016).

3.  As discussed in more detail below, Monsanto removes this lawsuit because this Court has subject matter jurisdiction based on diversity of citizenship. Plaintiff is a citizen of Kentucky. For purposes of diversity jurisdiction, Monsanto is deemed to be a citizen of Missouri (where its principal place of business is located) and Delaware (Monsanto's state of incorporation). Accordingly, complete diversity of citizenship exists in this case as required by 28 U.S.C. § 1332. The statutory amount-in-controversy requirement is also satisfied because Plaintiff seeks damages for cancer (NHL) allegedly caused by exposure to Monsanto's Roundup®-branded herbicides.

### Background and Procedural History

4.  On or around May 31, 2022, Plaintiff commenced this lawsuit in the Circuit Court for Fayette County, Kentucky by filing a complaint, captioned *Joyce Hutchinson Dunaway v. Monsanto Company, a Part of Bayer AG*, Case Number 22-CI-01520 (the "Commonwealth Court Action").

5.  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Summons and Complaint (and other pleadings) served in the Commonwealth Court Action are attached

collectively as **Exhibit 1.** Plaintiff seeks compensatory and punitive damages based on the allegation that Monsanto's Roundup®-branded herbicides caused her NHL. *See* Complaint ¶¶ 3–11.

## Basis For Removal — Diversity Jurisdiction

6. Plaintiff is, and was at the time the Commonwealth Court Action was filed, a resident and citizen of the Commonwealth of Kentucky. *See* Complaint ¶ 1.

7. Monsanto is, and was at the time the Commonwealth Court Action was filed, a corporation incorporated under the laws of the State of Delaware, with its principal place of business in the State of Missouri. *See* Complaint ¶ 2. Thus, Monsanto is deemed to be a citizen of Missouri and Delaware, for purposes of federal diversity jurisdiction.

8. The Complaint seeks damages for cancer (NHL) allegedly caused by exposure to Monsanto's Roundup®-branded herbicides. Plaintiff describes her alleged injuries as "permanent and disabling in nature" and states that "she is entitled to recover medical, hospital, nursing and rehabilitation care expenses, both in the past and throughout her lifetime; physical pain and mental suffering, both past and future; lost wages and permanent impairment of her power to earn income." *See* Complaint ¶ 11. Plaintiff thus seeks damages in excess of $75,000, exclusive of interest and costs, which satisfies the jurisdictional amount-in-controversy requirement. 28 U.S.C. § 1332(a); *see Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 89 (2014) ("[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold.").

9. In sum, this Court has original subject matter jurisdiction over this action based on § 1332(a) because there is complete diversity of citizenship and the amount in controversy exceeds $75,000, exclusive of costs and interest.

**Procedural Requirements**

10. The Fayette Circuit Court, Fayette County, Kentucky, is located within the Eastern District of Kentucky. Therefore, removal to this Court satisfies the venue requirements of 28 U.S.C. § 1446(a).

11. Monsanto received notice of process on June 6, 2022. This Notice of Removal is timely, in accordance with 28 U.S.C. § 1446(b)(1), because it is being filed within 30 days of June 6, 2022.

12. The written notice required by 28 U.S.C. § 1446(d) will be promptly filed in the Circuit Court for Fayette County, Kentucky and will be promptly served on Plaintiff.

13. Monsanto does not waive any defenses and expressly reserves its right to raise any and all defenses in future proceedings.

14. If any question arises as to the propriety of this removal, Monsanto requests the opportunity to present written and oral argument in support of removal.

**Conclusion**

For the foregoing reasons, Monsanto removes this lawsuit to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (and any other applicable laws).

Dated: June 24, 2022                    Respectfully submitted,


                                              By: */s/ Carol Dan Browning*
                                                  Carol Dan Browning
                                                  **STITES & HARBISON PLLC**
                                                  400 West Market Street
                                                  Suite 1800
                                                  Louisville, KY 40202-3352
                                                  Telephone: (502) 587-3400
                                                  E-mail: cbrowning@stites.com

                                            ***Counsel for Defendant Monsanto Company***

**CERTIFICATE OF SERVICE**

      On June 24, 2022, I electronically filed this document through the ECF system, and I mailed this document and the notice of electronic filing, U.S. Mail, postage prepaid, to:

>Thomas K. Herren
>HERREN LAW, PLLC
>148 N. Broadway
>Lexington, K 40507
>
>Don A. Pisacano
>MILLER GRIFFIN & MARKS, PSC
>Security Trust Building
>271 W. Short Street, Suite 600
>Lexington, KY 40507
>
>Counsel for Plaintiff

>*/s/ Carol Dan Browning*
>Carol Dan Browning